JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CESAR A. A.,

          Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

          Defendant.

Case No. CV 25-11510-E

**JUDGMENT**

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant and the action is dismissed with prejudice.

DATED: June 10, 2026

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE